1
2
3
4                     JS - 6
5
6
7
8

9           **UNITED STATES DISTRICT COURT**

10          **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| DAMEN RABB, ) | Case No. CV 17-9318-JAK (JPR) |
| Petitioner, ) | |
| v. ) | **J U D G M E N T** |
| M. ELIOT SPEARMAN, Warden, ) | |
| Respondent. ) | |

17      Pursuant to the Order Accepting Findings and Recommendations

18 of U.S. Magistrate Judge, IT IS HEREBY ADJUDGED that Respondent's

19 motion to dismiss is granted and this action is dismissed with

20 prejudice.

21

22 DATED: January 30, 2020                        

23                               JOHN A. KRONSTADT
                               U.S. DISTRICT JUDGE

24
25
26
27
28